**Order entered November 14, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00093-CV

**CORNERSTONE STAFFING SOLUTIONS, INC., Appellant**

**V.**

**VALTECH SOLUTIONS, INC. AND VALTECH SERVICES, INC., Appellees**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-10346**

## ORDER

Before the Court is appellant's November 11, 2019 unopposed motion for extension of time to file its reply brief. We **GRANT** the motion and **ORDER** appellant's reply brief be filed no later than November 25, 2019.

/s/     BILL WHITEHILL
        JUSTICE